PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>2:18CR00692-001 |  |
|---|---|---|
|  | DOCKET NUMBER (*Rec. Court*):<br>**1:20-cr-00144(WFK)** |  |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Lowry-Vasquez, Janet Lynn**<br>Brooklyn, New York 10036 | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Corpus Christi |
|  | NAME OF SENTENCING JUDGE:<br>Honorable Nelva Gonzales Ramos |  |
|  | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**12/19/2019** | To:<br>**12/18/2021** |

OFFENSE:

Transportation of an Undocumented Alien

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Corpus Christi Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 12, 2020

*Date*

*Nelva Gonzales Ramos*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Eastern District of New York, Brooklyn Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*