

March 18, 2020

# MEMORANDUM
## TO MARC V. BROWN
## UNITED STATES COURT CLERK'S OFFICE

Re: Janet Lynn Lowry-Vasquez
TX Dkt # 2:18CR00692-001
<u>**JUDICIAL REASSIGNMENT REQUEST**</u>

Reference is made to Janet Lynn Lowry-Vasquez (Lowry-Vasquez) who was sentenced in the Southern District of Texas on January 2, 2019, by the Honorable Nelva Gonzales Ramos to: twenty-one (21) months' custody, twenty-four (24) months' supervised release, and a $100 special assessment. Special conditions imposed were: 1) You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able. You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription. You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods. You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer and 2) You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the cost of the program, if financially able. You must take all mental-health medications that are prescribed by your treating physician. You must pay the costs of the medication, if financially able.

**ROBERT L. CAPERS**
Chief U.S. Probation Officer

**VITA QUARTARA**
Deputy Chief U.S. Probation Officer

**RICHARD L. JAMES**
**MARK GJELAJ**
Assistant Deputy Chief U.S. Probation Officers

*REPLY TO:*

☐ **BROOKLYN** — 147 Pierrepont Street, Brooklyn, NY 11201-2712
Tel. No. (347) 534-3400
Fax No. (347) 534-3509

☐ **LONG ISLAND** — Alfonse M. D'Amato United States Courthouse
202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
Tel. No. (631) 712-6300
Fax No. (631) 712-6395

☐ **QUEENS** — 90-02 161st Street, Jamaica, NY 11432-6108
Tel. No. (718) 374-8800
Fax No. (718) 487-5830

This sentence followed a conviction for Transportation of an Undocumented Alien, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

On December 19, 2019, Lowry-Vasquez began supervision in the Eastern District of New York based on her residency in Brooklyn, New York. Lowry-Vasquez's termination date is December 18, 2021. Please be advised that a transfer of jurisdiction proceeding was initiated in the Southern District of Texas in which the Honorable Nelva Gonzales Ramos, ordered jurisdiction be transferred to the Eastern District of New York.

Thus, we are respectfully requesting that this case be reassigned to a U.S. District Judge in the Eastern District of New York. Enclosed with this memorandum is Probation Form 22, Transfer of Jurisdiction, which can be executed by the newly assigned judicial officer if the transfer of jurisdiction is approved.

                                            Respectfully Submitted:

                                            Robert L. Capers
                                            Chief U.S. Probation Officer

Prepared by:                 _____
                             Michelle A. Powell
                             Senior U.S. Probation Officer

Encl: Attachments